**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Middle District of Florida

Case number (If known): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br>Bring your picture identification to your meeting with the trustee. | Mois<br>First name<br>Paolo<br>Middle name<br>Parajon<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 1 3 7<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1 **Mois Paolo Parajon**
First Name  Middle Name  Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** <br> Include trade names and *doing business as* names | ☑ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN __ __ - __ __ __ __ __ __ __ <br><br> EIN __ __ - __ __ __ __ __ __ __ | ☐ I have not used any business names or EINs. <br><br> _____ <br> Business name <br><br> _____ <br> Business name <br><br> EIN __ __ - __ __ __ __ __ __ __ <br><br> EIN __ __ - __ __ __ __ __ __ __ |

**5. Where you live**

6107 Pagado Lane
Number  Street

_____

North Port                FL    34291
City                            State   ZIP Code

Sarasota
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number  Street

_____
P.O. Box

_____
City                            State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number  Street

_____

_____
City                            State   ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number  Street

_____
P.O. Box

_____
City                            State   ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1 __Mois Paolo Parajon__
First Name   Middle Name   Last Name

Case number (if known)_____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

❏ Chapter 11

❏ Chapter 12

❏ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

❏ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

❏ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No

❏ Yes.  District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

        District _____  When _____  Case number _____
                                          MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

❏ Yes.  Debtor _____  Relationship to you _____

        District _____  When _____  Case number, if known_____
                                          MM / DD / YYYY

        Debtor _____  Relationship to you _____

        District _____  When _____  Case number, if known_____
                                          MM / DD / YYYY

**11. Do you rent your residence?**

☑ No.  Go to line 12.

❏ Yes.  Has your landlord obtained an eviction judgment against you?

        ❏ No. Go to line 12.

        ❏ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    Mois Paolo Parajon
            First Name    Middle Name    Last Name

Case number (if known)_____

## Part 3:    Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

Name of business, if any

Number    Street

City                                                State    ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:    Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.  What is the hazard?  _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property?  _____
                        Number        Street

_____

City                                    State    ZIP Code

Debtor 1    **Mois Paolo Parajon**
First Name    Middle Name    Last Name

Case number *(if known)*_____

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

| About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|
| *You must check one:* | *You must check one:* |
| ☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br><br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency. |
| ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. | ☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br><br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any. |
| ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. | ☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br><br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days. |
| ☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. | ☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1   **Mois Paolo Parajon** _____   Case number (if known) _____
　　　　　First Name　　Middle Name　　Last Name

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**✗** _____　　　　**✗** _____

Signature of Debtor 1　　　　　　　　　　　　Signature of Debtor 2

Executed on  9 13 2019　　　　　　　　　　Executed on _____
　　　　　　　MM / DD / YYYY　　　　　　　　　　　　　　　MM / DD / YYYY

Debtor 1    **Mois Paolo Parajon**
　　　　　First Name　　Middle Name　　　Last Name

Case number (if known)_____

| For your attorney, if you are represented by one | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |
|---|---|

**If you are not represented by an attorney, you do not need to file this page.**

X _____
Signature of Attorney for Debtor

Date  9 / 13 / 2019
　　　MM   DD  / YYYY

Timothy M. Grogan
Printed name

Law Offices of Timothy M. Grogan
Firm name

PO Box 14807
Number    Street

_____

Bradenton
City

FL
State

34280
ZIP Code

Contact phone  (941) 773-6851

Email address  tgroganlaw@gmail.com

612731
Bar number

FL
State

Debtor 1   **Mois Paolo Parajon**

First Name  Middle Name  Last Name

Case number (if known)_____

| | |
|---|---|
| **For you if you are filing this bankruptcy without an attorney**<br><br>**If you are represented by an attorney, you do not need to file this page.** | The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.** |

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

✗ _____
  Signature of Debtor 1

Date   9 / 13 / 19
      MM / DD  / YYYY

Contact phone _____

Cell phone _____

Email address _____

✗ _____
  Signature of Debtor 2

Date   ___ / ___ / ___
      MM / DD  / YYYY

Contact phone _____

Cell phone _____

Email address _____

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mois Paolo Parajon | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:   Summarize Your Assets

|  | Your assets<br>Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B* .................................................................... | $ 181,000.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B* .......................................................... | $ 13,980.00 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ................................................................... | $ 194,980.00 |

### Part 2:   Summarize Your Liabilities

|  | Your liabilities<br>Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 193,000.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............... | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* ............ | + $ 35,960.49 |
| **Your total liabilities** | $ 35,960.49 |

### Part 3:   Summarize Your Income and Expenses

|  | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* ...................................................... | $ 2,320.00 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ............................................................... | $ 2,315.00 |

Debtor 1   **Mois Paolo Parajon**
           First Name   Middle Name   Last Name

Case number *(if known)*_____

---

**Part 4:** **Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.
   ☐ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

   $   2,795.00

---

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 0.00 |

---

**Fill in this information to identify your case and this filing:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mois Paolo Parajon | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

1.1. 6107 Pagado Lane
Street address, if available, or other description

North Port    FL    34291
City      State    ZIP Code

Sarasota
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $ 181,000.00

Current value of the portion you own? $ 162,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

joint tenancy; homestead

☐ Check if this is community property (see instructions)

If you own or have more than one, list here:

1.2. _____
Street address, if available, or other description

_____

City      State    ZIP Code

_____
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number: _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

Current value of the entire property? $_____

Current value of the portion you own? $_____

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

☐ Check if this is community property (see instructions)

Debtor 1    __Mois Paolo Parajon_____     Case number (if known)_____
           First Name    Middle Name    Last Name

|  | **What is the property?** Check all that apply. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

1.3. _____
     Street address, if available, or other description

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

_____

City _____ State ____ ZIP Code

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Who has an interest in the property?** Check one.

_____
County

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number: _____

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.** .................................................................→   $   181,000.00

# Part 2:    Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

3.1. Make:      Ford
     Model:     F350
     Year:      2010
     Approximate mileage: 144000
     Other information:
     | joint owner: Yohanka Ricardo |

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $   26,000.00 | $   13,000.00 |

If you own or have more than one, describe here:

3.2. Make:      _____
     Model:     _____
     Year:      _____
     Approximate mileage: _____
     Other information:

**Who has an interest in the property?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $_____ | $_____ |

Debtor 1    Mois Paolo Parajon
            First Name    Middle Name    Last Name                    Case number (if known)_____

---

3.3.  Make:        _____

Model:       _____

Year:        _____

Approximate mileage:  _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

3.4.  Make:        _____

Model:       _____

Year:        _____

Approximate mileage:  _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

    ☑ No
    ☐ Yes

4.1.  Make:        _____

Model:       _____

Year:        _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

If you own or have more than one, list here:

4.2.  Make:        _____

Model:       _____

Year:        _____

Other information:

[ ]

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$_____    $_____

---

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here** ..........................→    $    13,000.00

Debtor 1    Mois Paolo Parajon
First Name    Middle Name    Last Name

Case number (if known)_____

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**
   *Examples*: Major appliances, furniture, linens, china, kitchenware

   ☑ No
   ☐ Yes. Describe.........                                                   $_____

7. **Electronics**
   *Examples*: Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.........    cellphone, tv                                  $_____100.00

8. **Collectibles of value**
   *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.........                                                   $_____

9. **Equipment for sports and hobbies**
   *Examples*: Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.........                                                   $_____

10. **Firearms**
    *Examples*: Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe.........    riffle                                        $_____300.00

11. **Clothes**
    *Examples*: Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.........    mens clothing                                 $_____100.00

12. **Jewelry**
    Examples: Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe.........    watch                                         $_____20.00

13. **Non-farm animals**
    *Examples*: Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.........                                                  $_____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☐ No
    ☑ Yes. Give specific information. .............    tools                  $_____100.00

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .................................................... →    $_____620.00

Debtor 1   Mois Paolo Parajon
           First Name   Middle Name   Last Name

Case number (if known)_____

## Part 4:   Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

### 16. Cash
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes .......................................................................................................................................... Cash: ...................... $_____10.00

### 17. Deposits of money
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes .....................                     Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | Suntrust 6143 (joint with Yohanka Ricardo) | $_____200.00 |
| 17.2. Checking account: | | $_____ |
| 17.3. Savings account: | Suncoast CU 2101 | $_____150.00 |
| 17.4. Savings account: | | $_____ |
| 17.5. Certificates of deposit: | | $_____ |
| 17.6. Other financial account: | | $_____ |
| 17.7. Other financial account: | | $_____ |
| 17.8. Other financial account: | | $_____ |
| 17.9. Other financial account: | | $_____ |

### 18. Bonds, mutual funds, or publicly traded stocks
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes .................     Institution or issuer name:

_____  $_____
_____  $_____
_____  $_____

### 19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture

☑ No
☐ Yes. Give specific information about them..........................

| Name of entity: | % of ownership: | |
|---|---|---|
| _____ | 0% % | $_____ |
| _____ | 0% % | $_____ |
| _____ | 0% % | $_____ |

Official Form 106A/B                    Schedule A/B: Property                    page 5

Debtor 1    Mois Paolo Parajon
            First Name    Middle Name    Last Name    Case number (if known)_____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific   Issuer name:
information about
them........................    _____    $_____
                               _____    $_____
                               _____    $_____

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☑ No
☐ Yes. List each
account separately.   Type of account:    Institution name:

                      401(k) or similar plan:  _____    $_____

                      Pension plan:            _____    $_____

                      IRA:                     _____    $_____

                      Retirement account:      _____    $_____

                      Keogh:                   _____    $_____

                      Additional account:      _____    $_____

                      Additional account:      _____    $_____

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes..........................    Institution name or individual:

                      Electric:                _____    $_____

                      Gas:                     _____    $_____

                      Heating oil:             _____    $_____

                      Security deposit on rental unit: _____    $_____

                      Prepaid rent:            _____    $_____

                      Telephone:               _____    $_____

                      Water:                   _____    $_____

                      Rented furniture:        _____    $_____

                      Other:                   _____    $_____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes..........................    Issuer name and description:
                               _____    $_____
                               _____    $_____
                               _____    $_____

Debtor 1   Mois Paolo Parajon
      First Name    Middle Name    Last Name

Case number *(if known)*_____

---

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes .................................. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

    _____  $_____
    _____  $_____
    _____  $_____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes. Give specific information about them....   $_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples*: Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No

☐ Yes. Give specific information about them....   $_____

27. **Licenses, franchises, and other general intangibles**
*Examples*: Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No

☐ Yes. Give specific information about them....   $_____

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**

☑ No

☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years. ......................

    Federal:  $_____
    State:  $_____
    Local:  $_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information..............

    Alimony:  $_____
    Maintenance:  $_____
    Support:  $_____
    Divorce settlement:  $_____
    Property settlement:  $_____

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information..............   $_____

Debtor 1    Mois Paolo Parajon
             First Name    Middle Name    Last Name                    Case number (if known)_____

---

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

    ☑ No
    ☐ Yes. Name the insurance company    Company name:                Beneficiary:              Surrender or refund value:
        of each policy and list its value. ..

    _____    _____    $_____
    _____    _____    $_____
    _____    _____    $_____

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
    property because someone has died.

    ☑ No
    ☐ Yes. Give specific information............    _____    $_____

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes. Describe each claim. .................    _____    $_____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights
    to set off claims**

    ☑ No
    ☐ Yes. Describe each claim. .................    _____    $_____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes. Give specific information............    _____    $_____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here** .....................................................................................    →    $_____360.00

---

**Part 5:**    **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

                                                                        **Current value of the
                                                                        portion you own?**
                                                                        Do not deduct secured claims
                                                                        or exemptions.

38. **Accounts receivable or commissions you already earned**
    ☐ No
    ☐ Yes. Describe.......    _____    $_____

39. **Office equipment, furnishings, and supplies**
    *Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
    ☐ No
    ☐ Yes. Describe.......    _____    $_____

---

Official Form 106A/B                    Schedule A/B: Property                    page 8

Debtor 1    Mois Paolo Parajon
            First Name    Middle Name    Last Name                          Case number (if known)_____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

❏ No
❏ Yes. Describe....... [                                                    ]    $_____

41. **Inventory**
❏ No
❏ Yes. Describe....... [                                                    ]    $_____

42. **Interests in partnerships or joint ventures**
❏ No
❏ Yes. Describe....... Name of entity:                              % of ownership:
                       _____    ____%    $_____
                       _____    ____%    $_____
                       _____    ____%    $_____

43. **Customer lists, mailing lists, or other compilations**
❏ No
❏ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

        ❏ No
        ❏ Yes. Describe....... [                                    ]    $_____

44. **Any business-related property you did not already list**
❏ No
❏ Yes. Give specific
        information .......... _____    $_____
                              _____    $_____
                              _____    $_____
                              _____    $_____
                              _____    $_____
                              _____    $_____

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
    for Part 5. Write that number here** ...........................................................................................➔    $_____

---

**Part 6:**    **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
               If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
❏ Yes. Go to line 47.

                                                                        **Current value of the
                                                                        portion you own?**
                                                                        Do not deduct secured claims
                                                                        or exemptions.

47. **Farm animals**
    *Examples:* Livestock, poultry, farm-raised fish
    ❏ No
    ❏ Yes..................... [                                    ]    $_____

Debtor 1    Mois Paolo Parajon
            First Name    Middle Name    Last Name                              Case number (if known)_____

---

48. **Crops—either growing or harvested**

☐ No
☐ Yes. Give specific
information............ [                                                    ]    $_____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☐ No
☐ Yes .................... [                                                    ]    $_____

50. **Farm and fishing supplies, chemicals, and feed**

☐ No
☐ Yes .................... [                                                    ]    $_____

51. **Any farm- and commercial fishing-related property you did not already list**

☐ No
☐ Yes. Give specific
information............ [                                                    ]    $_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ...................................................................... → $_____

---

## Part 7:    Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific
information............ [                                                    ]    $_____
                                                                                    $_____
                                                                                    $_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ........................ → $_____

---

## Part 8:    List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2** ...................................................................... → $ 181,000.00

56. **Part 2: Total vehicles, line 5**                                        $ 13,000.00

57. **Part 3: Total personal and household items, line 15**                   $ 620.00

58. **Part 4: Total financial assets, line 36**                               $ 360.00

59. **Part 5: Total business-related property, line 45**                      $ 0.00

60. **Part 6: Total farm- and fishing-related property, line 52**             $ 0.00

61. **Part 7: Total other property not listed, line 54**                    + $ 0.00

62. **Total personal property. Add lines 56 through 61.** ...............    $ 13,980.00   Copy personal property total → + $ 13,980.00

63. **Total of all property on Schedule A/B. Add line 55 + line 62.**.......................................................    $ 194,980.00

---

Official Form 106A/B                  Schedule A/B: Property                                        page **10**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Mois Paolo Parajon | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number _____
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: homestead realty<br>Line from *Schedule A/B*: 1 | $181,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Fla. Const. 10-4 |
| Brief description: 2010 Ford F350<br>Line from *Schedule A/B*: 3 | $13,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | FS222.25(1) |
| Brief description: tangible personalty<br>Line from *Schedule A/B*: 15 | $620.00 | ☑ $ 620.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 222.25(4); Fla. Const. 10-4 (a)(2) |

3. **Are you claiming a homestead exemption of more than $170,350?**
   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ☐ No

      ☐ Yes

Debtor 1    Mois Paolo Parajon        Case number *(if known)*_____
     First Name    Middle Name    Last Name

## Part 2: Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: <u>wages/bank accounts</u><br>Line from *Schedule A/B:* <u>36</u> | $ 360.00 | ☑ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | 222.25(4); Fla. Const. 10-4(a)(2); Wage exemption<br><br>_____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |
| Brief description: _____<br>Line from *Schedule A/B:* ——— | $_____ | ☐ $ _____<br>☐ 100% of fair market value, up to any applicable statutory limit | _____ |

Official Form 106C        **Schedule C: The Property You Claim as Exempt**        page <u>2</u> of <u>2</u>

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | Mois Paola Parajon | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
    ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below.

## Part 1:    List All Secured Claims

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.1** Home Point Financial | Describe the property that secures the claim: | $ 162,000.00 | $ 181,000.00 | $ |
| Creditor's Name<br>Box 61903 | homestead real estate | | | |
| Number      Street | | | | |
| | As of the date you file, the claim is: Check all that apply. | | | |
| Dallas          TX  75261 | ☐ Contingent<br>☐ Unliquidated | | | |
| City          State  ZIP Code | ☐ Disputed | | | |
| Who owes the debt? Check one. | Nature of lien. Check all that apply. | | | |
| ☐ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| ☑ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| ☐ Check if this claim relates to a community debt | | | | |
| Date debt was incurred _____ | Last 4 digits of account number  2  5  9  0 | | | |
| **2.2** Suncoast Credit Union | Describe the property that secures the claim: | $ 31,000.00 | $ 26,000.00 | $ |
| Creditor's Name<br>Box  11904 | 2010 Ford F350 | | | |
| Number      Street | | | | |
| | As of the date you file, the claim is: Check all that apply. | | | |
| Tampa          FL  33680 | ☐ Contingent<br>☐ Unliquidated | | | |
| City          State  ZIP Code | ☐ Disputed | | | |
| Who owes the debt? Check one. | Nature of lien. Check all that apply. | | | |
| ☐ Debtor 1 only | ☑ An agreement you made (such as mortgage or secured car loan) | | | |
| ☐ Debtor 2 only | ☐ Statutory lien (such as tax lien, mechanic's lien) | | | |
| ☐ Debtor 1 and Debtor 2 only | ☐ Judgment lien from a lawsuit | | | |
| ☑ At least one of the debtors and another | ☐ Other (including a right to offset) _____ | | | |
| ☐ Check if this claim relates to a community debt | | | | |
| Date debt was incurred _____ | Last 4 digits of account number  2  1  0  1 | | | |

Add the dollar value of your entries in Column A on this page. Write that number here:    $193,000.00

| Fill in this information to identify your case: | |
| --- | --- |
| Debtor 1 | **Mois Paolo Parajon** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) First Name          Middle Name          Last Name | |
| United States Bankruptcy Court for the: Middle District of Florida | ▼ |
| Case number (if known) | _____ |

❑ Check if this is an amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ❑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- | --- |

**2.1**

Priority Creditor's Name _____

Number    Street _____

_____

City          State    ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ Check if this claim is for a community debt

**Is the claim subject to offset?**
❑ No
❑ Yes

Last 4 digits of account number __ __ __ __      $_____  $_____  $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

**2.2**

Priority Creditor's Name _____

Number    Street _____

_____

City          State    ZIP Code

**Who incurred the debt?** Check one.
❑ Debtor 1 only
❑ Debtor 2 only
❑ Debtor 1 and Debtor 2 only
❑ At least one of the debtors and another
❑ Check if this claim is for a community debt

**Is the claim subject to offset?**
❑ No
❑ Yes

Last 4 digits of account number __ __ __ __      $_____  $_____  $_____

When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

**Type of PRIORITY unsecured claim:**
❑ Domestic support obligations
❑ Taxes and certain other debts you owe the government
❑ Claims for death or personal injury while you were intoxicated
❑ Other. Specify _____

Debtor 1    **Mois Paolo Parajon**                                Case number *(if known)*_____

        First Name       Middle Name       Last Name

## Part 2: List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

  ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

  ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

**4.1**

| American Express | Last 4 digits of account number  1  0  0  9 | $ 935.13 |
|---|---|---|

Nonpriority Creditor's Name

Box 650448

Number     Street

When was the debt incurred? _____

| Dallas | TX | 75265 |
|---|---|---|

City                  State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Check if this claim is for a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify _credit card_

☑ No
☐ Yes

---

**4.2**

| Capital One co Merchants & Medical Credit | Last 4 digits of account number  3  2  8  7 | $ 624.96 |
|---|---|---|

Nonpriority Creditor's Name

6324 Taylor Drive

Number     Street

When was the debt incurred? _____

| Flint | MI | 48507 |
|---|---|---|

City                  State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Check if this claim is for a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify _credit card_

☑ No
☐ Yes

---

**4.3**

| Citibank Sears | Last 4 digits of account number  1  2  6  5 | $ 2,065.47 |
|---|---|---|

Nonpriority Creditor's Name

Box 6275

Number     Street

When was the debt incurred? _____

| Sioux Falls | SD | 57117 |
|---|---|---|

City                  State     ZIP Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Check if this claim is for a community debt

☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

☑ Other. Specify _credit card_

☐ No
☐ Yes

---

Official Form 106E/F          Schedule E/F: Creditors Who Have Unsecured Claims         

Debtor 1    Mois Paolo Parajon
       First Name    Middle Name    Last Name         Case number *(if known)*_____

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.4**

Citibank NA
*Nonpriority Creditor's Name*

Box 790328
Number    Street

St. Louis        MO    63179
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3   6   0   4     $ 3,365.55

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __credit card Home Depot__

---

**4.5**

Citibank NA co Midland Credit
*Nonpriority Creditor's Name*

350 Camina De La Reina, Suite 100
Number    Street

San Diego        CA    92108
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3   4   3   2     $ 5,509.04

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __credit card__

---

**4.6**

Credit Associates
*Nonpriority Creditor's Name*

5050 Quorom Drive, Suite 700
Number    Street

Dallas        TX    75254
City        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   3   3   5   6     $ 1.00

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify __credit card__

---

Official Form 106E/F      Schedule E/F: Creditors Who Have Unsecured Claims     

Debtor 1  Mois Paolo Parajon  _____
First Name   Middle Name   Last Name

Case number (if known)_____

## Part 2:  Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.7**

Kohl's
Nonpriority Creditor's Name

PO Box 2983
Number       Street

Milwaukee                    WI        53201
City                         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  3  2  8  7        $   624.96

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

---

**4.8**

Merick Bank
Nonpriority Creditor's Name

10705 S. Jordan Gateway
Number       Street

South Jordan                 UT        84095
City                         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  0  4  4  5        $  2,105.50

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

---

**4.9**

Synchrony Bank co Midland Credit Recovery
Nonpriority Creditor's Name

350 Camina De La Reina, Ste. 100
Number       Street

San Diego                    CA        92108
City                         State     ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  9  3  2  4        $  1,950.30

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  credit card

---

Debtor 1 __Mois Paolo Parajon__    Case number (if known)_____
First Name    Middle Name    Last Name

### Part 2: Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.14**

Suncoast Credit Union, co Kass Shuler
Nonpriority Creditor's Name

Bolx 800
Number    Street

Tampa                              FL        33601
City                              State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __0__ __5__ __2__ __4__     $ 17,423.79

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify__credit card__

---

**4.11**

Suntrust Mastercard
Nonpriority Creditor's Name

PO Box 791278
Number    Street

Baltimore                          MD        21279
City                              State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number __4__ __9__ __6__ __0__     $ 1.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify__credit card__

---

**4.12**

Synchrony Bank - Kanes
Nonpriority Creditor's Name

P. O. Box 965030
Number    Street

Orlando                            FL
City                              State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

$ 1,350.79

Last 4 digits of account number __0__ __9__ __7__ __7__

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify__credit card__

---

Debtor 1    Mois Paolo Parajon                                    Case number (if known)_____
            First Name    Middle Name    Last Name

## Part 2:    Your NONPRIORITY Unsecured Claims — Continuation Page

| After listing any entries on this page, number them beginning with 4.4, followed by 4.5, and so forth. | Total claim |
|---|---|

**4.13**

Synchrony Bank - Lowe's Advantage
Nonpriority Creditor's Name

P.O. Box 965012
Number    Street

Orlando                        FL        32896
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  4  2  8  6        $    1.00

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_credit card_____

---

**4.14**

Synchrony Bank - Paypal Extras
Nonpriority Creditor's Name

P. O. Box 965012
Number    Street

Orlando                        FL        32896
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  8  6  9  1        $    1.00

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_credit card_____

---

**4.15**

Walmart MasterCard
Nonpriority Creditor's Name

P.O. Box 960024
Number    Street

Orlando                        FL        32896
City                        State    ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?

☑ No
☐ Yes

Last 4 digits of account number  4  9  5  1        $    1.00

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of **NONPRIORITY** unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify_credit card_____

---

Official Form 106E/F            Schedule E/F: Creditors Who Have Unsecured Claims            page 6 of 8

Debtor 1    Mois Paolo Parajon
           First Name    Middle Name    Last Name

Case number (if known) _____

## Part 3:    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Radius Global Solutions
Name

500 N. Franklin Turnpike, Ste. 200
Number    Street

Ramsey                          NJ    07446
City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.1** of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                            ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number **1** **0** **0** **9**

---

Name

Number    Street

City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

---

Name

Number    Street

City                        State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (Check one): ☐ Part 1: Creditors with Priority Unsecured Claims
                           ☐ Part 2: Creditors with Nonpriority Unsecured
Claims

Last 4 digits of account number ___ ___ ___ ___

Debtor 1    Mois Paolo Parajon

First Name    Middle Name    Last Name    Case number (if known)_____

## Part 4:    Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 35,960.49 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. $ 35,960.49 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor | Mois Paolo Parajon | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number (If known) _____

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases            12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease.** Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Name | |
| | Number    Street | |
| | City         State    ZIP Code | |
| 2.2 | Name | |
| | Number    Street | |
| | City         State    ZIP Code | |
| 2.3 | Name | |
| | Number    Street | |
| | City         State    ZIP Code | |
| 2.4 | Name | |
| | Number    Street | |
| | City         State    ZIP Code | |
| 2.5 | Name | |
| | Number    Street | |
| | City         State    ZIP Code | |

**Fill in this information to identify your case:**

| Debtor 1 | Mois Paolo Parajon | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Middle District of Florida

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

    ☐ No

    ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☑ No. Go to line 3.

    ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

        ☐ No

        ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

    _____
    Name of your spouse, former spouse, or legal equivalent

    _____
    Number     Street

    _____
    City          State          ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you.** List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.

| | Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt |
|---|---|---|
| | | Check all schedules that apply: |
| 3.1 | **Yohanka Ricardo** <br> Name <br> **6107 Pagado Lane** <br> Number   Street <br> **North Port**    FL    34291 <br> City     State     ZIP Code | ☑ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| 3.2 | **Yohanka Ricardo** <br> Name <br> **6107 Pagado Lan** <br> Number   Street <br> **North Port**    FL    34291 <br> City     State     ZIP Code | ☑ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |
| 3.3 | Name <br><br> Number   Street <br><br> City     State     ZIP Code | ☐ Schedule D, line _____ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

Debtor 1  Mois Paolo Parajon
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the: Middle District of Florida  ▼

Case number _____
(If known)

Check if this is:

❑ An amended filing

❑ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| 1. Fill in your employment information. | | | |
| If you have more than one job, attach a separate page with information about additional employers. | Employment status | ☑ Employed<br>❑ Not employed | ❑ Employed<br>❑ Not employed |
| Include part-time, seasonal, or self-employed work. | | | |
| Occupation may include student or homemaker, if it applies. | Occupation | mechanic | |
| | Employer's name | Ideal Used Cars | |
| | Employer's address | 2833 Fowler Street<br>Number  Street | Number  Street |
| | | Fort Myers    FL    33901<br>City    State  ZIP Code | City    State  ZIP Code |
| | How long employed there? | 1 year | 1 year |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 2,795.00 | $_____ |
| 3. Estimate and list monthly overtime pay. | 3. | + $ 0.00 | + $_____ |
| 4. Calculate gross income. Add line 2 + line 3. | 4. | $ 2,795.00 | $_____ |

Debtor 1  Mois Paolo Parajon
         First Name   Middle Name   Last Name

Case number (if known)_____

|  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Copy line 4 here**.................................................... → 4. | | $ 2,795.00 | $_____ |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 475.00 | $_____ |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $_____ |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $_____ |
| 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $_____ |
| 5e. **Insurance** | 5e. | $ 0.00 | $_____ |
| 5f. **Domestic support obligations** | 5f. | $ 0.00 | $_____ |
| 5g. **Union dues** | 5g. | $ 0.00 | $_____ |
| 5h. **Other deductions. Specify:** _____ | 5h. + $ 0.00 | | + $_____ |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 475.00 | $_____ |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 2,320.00 | $_____ |

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8a. | $ 0.00 | $_____ |
| 8b. **Interest and dividends** | 8b. | $ 0.00 | $_____ |

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8c. | $ 0.00 | $_____ |
| 8d. **Unemployment compensation** | 8d. | $ 0.00 | $_____ |
| 8e. **Social Security** | 8e. | $ 0.00 | $_____ |

8f. **Other government assistance that you regularly receive**

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | 8f. | $ 0.00 | $_____ |
| 8g. **Pension or retirement income** | 8g. | $ 0.00 | $_____ |
| 8h. **Other monthly income. Specify:** _____ | 8h. + $ 0.00 | | + $_____ |
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $_____ |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 2,320.00 + | $_____ = $ 2,320.00 |

11. **State all other regular contributions to the expenses that you list in *Schedule J*.**

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.

Specify: _____                                                                                                      11. + $_____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies          12. $ 2,320.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: [                                                                                                       ]

| Fill in this information to identify your case: |
| --- |

Debtor 1    __Mois Paolo Parajon_____
                    First Name        Middle Name        Last Name

Debtor 2    _____
(Spouse, if filing) First Name    Middle Name        Last Name

United States Bankruptcy Court for the: Middle District of Florida    [▼]

Case number    _____
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13
expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☑ No
   ☐ Yes. Fill out this information for each dependent.........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
| --- | --- | --- |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |
| _____ | _____ | ☐ No<br>☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

|  |  | Your expenses |
| --- | --- | --- |
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $_____633.00 |
| **If not included in line 4:** |  |  |
| 4a.  Real estate taxes | 4a. | $_____0.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $_____0.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $_____0.00 |
| 4d.  Homeowner's association or condominium dues | 4d. | $_____0.00 |

Debtor 1    **Mois Paolo Parajon**        Case number (if known) _____
            First Name    Middle Name    Last Name

|  |  | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ 0.00 |
| 6. **Utilities:** |  |  |
| 6a. Electricity, heat, natural gas | 6a. | $ 110.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 50.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 90.00 |
| 6d. Other. Specify: _____ | 6d. | $ 0.00 |
| 7. **Food and housekeeping supplies** | 7. | $ 300.00 |
| 8. **Childcare and children's education costs** | 8. | $ 0.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $ 40.00 |
| 10. **Personal care products and services** | 10. | $ 50.00 |
| 11. **Medical and dental expenses** | 11. | $ 100.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 350.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ 0.00 |
| 14. **Charitable contributions and religious donations** | 14. | $ 0.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 95.00 |
| 15d. Other insurance. Specify: _____ | 15d. | $ 0.00 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | $ 0.00 |
| 17. **Installment or lease payments:** |  |  |
| 17a. Car payments for Vehicle 1 | 17a. | $ 497.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify: _____ | 17c. | $ 0.00 |
| 17d. Other. Specify: _____ | 17d. | $ 0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ 0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $ 0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** |  |  |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

Official Form 106J          Schedule J: Your Expenses          page **2**

Debtor 1    Mois Paolo Parajon        Case number (if known) _____
       First Name    Middle Name    Last Name

---

21. **Other**. Specify: _____    21.   +$_____ 0.00

22. **Calculate your monthly expenses.**

     22a. Add lines 4 through 21.        22a.   $_____ 2,315.00

     22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2    22b.   $_____ 0.00

     22c. Add line 22a and 22b. The result is your monthly expenses.    22c.   $_____ 2,315.00

23. **Calculate your monthly net income.**

     23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.    23a.   $_____ 2,320.00

     23b.   Copy your monthly expenses from line 22c above.    23b.   −$_____ 2,315.00

     23c.   Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.    23c.   $_____ 5.00

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

     For example, do you expect to finish paying for your car loan within the year or do you expect your
     mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

     ☑ No.
     ❑ Yes.    Explain here:   expense shown in line 4 is the portion debtor pays; co-mortgagor pays the other 1/2

**Fill in this information to identify your case:**

Debtor 1        Mois Paolo Parajon
                First Name              Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name          Middle Name              Last Name

United States Bankruptcy Court for the: Middle District of Florida

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

**X** _____            **X** _____

Signature of Debtor 1                      Signature of Debtor 2

Date 9 / 13 / 2019
     MM / DD / YYYY

Date _____
     MM / DD / YYYY